RECEIVED

JUL 26 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:23-cr-00174-01 |
| | * | |
| VERSUS | * | Judge Hicks |
| | * | Magistrate Judge Hornsby |
| JOHN WAYNE MORGAN, JR. | * | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Possession of Firearms by a Convicted Felon
### [18 U.S.C. § 922(g)(1)]

On or about April 9, 2023, in the Western District of Louisiana, the defendant, **John Wayne Morgan, Jr.**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce firearms, to wit:

(1) a Glock pistol, Model: 23 Gen 4, Caliber: .40;

(2) a Glock Pistol, model: 21 Gen 4, Caliber: .45;

(3) a Bushmaster SBR model: XM15-E2S, Caliber: .223-5.56 mm;

(4) a Century Arms International AOW, model: Micro Draco, caliber: 7.62x39 mm; and

(5) ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## COUNT 2
## Possession of Firearms Not Registered to Defendant in NFRTR
## [26 U.S.C. § 5861(d)]

On or about April 9, 2023, in the Western District of Louisiana, the defendant, **John Wayne Morgan, Jr.**, knowingly received and possessed firearms; to wit: (1) a Bushmaster SBR model: XM15-E2S, Caliber: .223-5.56 mm, which contained a barrel under 16 inches in length and an overall length under 26 inches; and (2) a Century Arms International AOW, model: Micro Draco, caliber: 7.62x39 mm installed with a handguard with a vertical grip, made in violation of chapter 53 of Title 26, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Section 5861(d).   [26 U.S.C. § 5861(d)].

## FORFEITURE NOTICE

A.    The allegation in Counts 1 and 2 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d) and Title 26, United States Code, Section 5872.

B.    Upon conviction of the firearms offenses alleged in the Counts set forth above in this Indictment, the defendant, **John Wayne Morgan, Jr.**, shall forfeit to the United States the following items seized by law enforcement officers on the dates described above:

    (1) a Glock pistol, Model: 23 Gen 4, Caliber: .40;

    (2) a Glock Pistol, model: 21 Gen 4, Caliber: .45;

    (3) a Bushmaster SBR model: XM15-E2S, Caliber: .223-5.56 mm;

      (4) a Century Arms International AOW, model: Micro Draco, caliber: 7.62x39 mm; and

      (5) ammunition

C.    By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d) and Title 26, United States Code, Section 5872.

All in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d) and Title 26, United States Code, Section 5872. [18 U.S.C. § 924(d) and 26 U.S.C. § 5872].

BRANDON B. BROWN  
United States Attorney

By: *[signature]*  
John Aaron Crawford, LA Bar #31682  
Assistant United States Attorney  
300 Fannin Street, Suite 3021  
Shreveport, Louisiana 71101  
(318) 676-3600

A TRUE BILL

*REDACTED*

GRAND JURY FOREPERSON