UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:23-cr-00174-01 |
| VERSUS | JUDGE HICKS |
| JOHN WAYNE MORGAN | MAGISTRATE JUDGE HORNSBY |

### NOTICE OF APPEAL

Notice is hereby given that JOHN WAYNE MORGAN, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on August 19, 2024.

Respectfully submitted,

REBECCA L. HUDSMITH
Federal Public Defender for the Western and Middle Districts of Louisiana

*s/ Betty L. Marak*

_____
Betty L. Marak, LSBA No. 18640
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, Louisiana 71101
(318) 676-3310    Fax (318) 676-3313
E-mail: betty_marak@fd.org